# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1686
_____

FRANK HAROLD WARING,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—Original Jurisdiction.

_____

May 16, 2024

PER CURIAM.

The Court denies the petition alleging ineffective assistance of appellate counsel on the merits.

LEWIS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Frank Harold Waring, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.